**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01007-CV

### IN RE: J.C. PENNEY COMPANY INC., ET AL, Appellant

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00735**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. Subject to any agreement of the parties, we **ORDER** that each party bear its own costs of this original proceeding.

/s/     DAVID EVANS
        JUSTICE